Appellant is in no position to complain of the search of the automobile belonging to his brother. Smith v. State, 159 Tex. Cr.R. 271, 262 S.W.2d 723; and Barnes v. State, 161 Tex.Cr.R. 510, 278 S.W.2d 305.

■ Appellant next complains of the action of the court in permitting Lieutenant Jackson to testify relative to the amount of marihuana which goes into an ordinary marihuana cigarette, over his objection that there was "nothing in the evidence about cigarettes." Under the evidence showing that there were cigarette papers in the package of marihuana and also in the automobile, both in the front and back, appellant's objection was not well founded and no error is shown in the admission of such testimony.

The court, in his charge, instructed the jury on the law of principals, and, in applying the law to the facts, authorized the jury to convict the appellant if they believed beyond a reasonable doubt that he, "either alone or acting together as a principal," possessed the marihuana.

■ Appellant insists that the evidence is insufficient to sustain the jury's verdict because it fails to connect him with the marihuana and fails to show that he exercised any control over the same or that there was any common purpose or design shown in the case.

The testimony showing appellant's presence in the automobile in which the package of marihuana was found, together with the testimony that he was under the influence of marihuana and that particles of marihuana were on the seat of the automobile on the same side where he was seated, was, in our opinion, sufficient to show that he and his companions jointly

possessed the marihuana, and supports the jury's verdict finding him guilty.

Finding no reversible error, the judgment is affirmed.

Opinion approved by the Court.

**Rafe DAVIS, Appellant,**

v.

**The STATE of Texas, Appellee.**

**No. 28806.**

Court of Criminal Appeals of Texas.

Feb. 6, 1957.

No attorney for appellant of record on appeal.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

The conviction is for driving while intoxicated; the punishment, 3 days in jail and a fine of $50.

The record on appeal contains no statement of facts or bills of exception. All proceedings appear to be regular and nothing is presented for review.

The judgment is affirmed.